UNITED STATES of America, Plaintiff–Appellee

v.

Edwardo LOPEZ, Defendant–Appellant.

No. 11–51045
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 28, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard Gale Ferguson, Esq., Waco, TX, for Defendant–Appellant.

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edwardo Lopez has moved for leave to

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Lopez's motion for appointment of counsel is DENIED, and his motion for leave to file the letter written by his trial counsel and dated April 23, 2012, is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.